United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 14, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No.  06-50552
Summary Calendar

_____

MID-CONTINENT CASUALTY COMPANY,

Plaintiff–Counter Defendant–Appellee,

versus

DANESHJOU COMPANY, INC.; ET AL,

Defendants,

DANESHJOU COMPANY, INC.; M. B. DANESHJOU,

Defendants–Counter Claimants–Appellants.

_____

Appeal from the United States District Court
for the Western District of Texas
(USDC No. 1:05–CV–182–SS)

_____

Before REAVLEY, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]
　　Daneshjou Company Inc. and M.B. Daneshjou (collectively "Daneshjou") appeal the

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

district court's summary declaratory judgment that Mid-Continent Casualty Company owes Daneshjou no duty to defend or indemnify. We affirm for the reasons given by the district court in its very thorough discussion of the issue of manifestation and the evidence regarding the same.

AFFIRMED.